UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY ANNE PARKES,<br><br>                     Plaintiff,<br><br>     -against-<br><br>SUSAN PARKES FORMERLY KNOWN AS BISHOP,<br><br>                     Defendant. | 25-CV-2233 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 24, 2025, the Court directed Plaintiff, within 30 days, to submit a signed signature page of her complaint. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed the signed signature page as directed. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court denies all outstanding motions, and the Clerk of Court is directed to terminate them. (ECF 2, 8, 9.)

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   July 14, 2025
             New York, New York

                                        /s/ Laura Taylor Swain
                                           LAURA TAYLOR SWAIN
                                      Chief United States District Judge